IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00269-CR

 

Martin Quiroz Rivera,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 75th District Court

Liberty County, Texas

Trial Court # CR 24779

 



MEMORANDUM OPINION



 








Martin Rivera was indicted for capital
murder.  Rivera appeals from a judgment of
conviction of murder, a lesser included offense of capital murder, and a sentence
of life imprisonment.  The trial court
signed a certification of defendant’s right of appeal stating that this “is a
plea-bargain case, and the defendant has NO right to appeal” and “the defendant
has waived the right to appeal.”  On August 24,
 2004, the Ninth Court
of Appeals ordered Rivera to file an amended certification, which states that
he has a right to appeal, or the appeal would be dismissed.  On August 25, 2004, Rivera’s appeal was transferred to this
court.  Rivera has failed to file an
amended certification stating that he has the right to appeal.  The State filed a motion to dismiss Rivera’s
appeal.  The State’s motion to dismiss is
granted.

 

PER CURIAM

 

 

Before Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and filed November
 24, 2004

Do not publish

[CRPM]